No. 934. LAN JING-CHAU ET AL. *v.* A. O. ANDERSEN & Co. ET AL., *ante*, p. 933;

No. 945. HICKEY ET AL. *v.* ILLINOIS CENTRAL RAILROAD CO., *ante*, p. 934;

No. 948. DUKE *v.* UNITED STATES, *ante*, p. 934;

No. 960. ALLEN, EXECUTRIX, ET AL. *v.* MATHIASEN'S TANKER INDUSTRIES, INC., ET AL., *ante*, p. 932;

No. 973. BRASCH *v.* SUPERIOR COURT OF CALIFORNIA IN AND FOR THE CITY AND COUNTY OF SAN FRANCISCO, *ante*, p. 943;

No. 992. GINSBERG *v.* UNITED STATES, *ante*, p. 958;

No. 15, Misc. HILLERY *v.* CALIFORNIA, *ante*, p. 938;

No. 684, Misc. PHILLIPS ET VIR *v.* CALIFORNIA, *ante*, p. 212;

No. 1176, Misc. SANDOVAL *v.* CALIFORNIA, *ante*, p. 948;

No. 1180, Misc. NIELSEN *v.* NEBRASKA STATE BAR ASSOCIATION, *ante*, p. 266; and

No. 1231, Misc. GLASS *v.* UNITED STATES, *ante*, p. 968. Petitions for rehearing denied.

No. 868. SMITH *v.* INDUSTRIAL ACCIDENT COMMISSION OF CALIFORNIA ET. AL., *ante*, p. 915. Motion for leave to file petition for rehearing denied.

APRIL 13, 1967.

No. 31. UNITED STATES *v.* NATIONAL STEEL CORP. ET AL. Appeal from D. C. S. D. Tex. Appeal dismissed pursuant to Rule 60 of the Rules of this Court. *Solicitor General Marshall* for the United States. *Denman Moody, C. Brien Dillon* and *E. W. Barnett* for National Steel Corp. et al., and *B. J. Bradshaw* for Brown et al., appellees. [For earlier orders herein, see 383 U. S. 905, *ante*, p. 939.]